727 A.2d 568

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Edwin RODRIGUEZ, Petitioner.**

Supreme Court of Pennsylvania.

April 13, 1999.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of April, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is vacated, and the matter is remanded to the trial court for the appointment of appellate counsel. *See Commonwealth v. Rosario,* 535 Pa. 282, 635 A.2d 109 (1993). Petitioner's Application for Leave to File Original Process and Petition for Writ of Mandamus are dismissed as moot.